AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
DEC 1 2 2023
AT____O'CLOCK____
John M. Domurad, Clerk - Plattsburgh

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No.  8:23-MJ- 732    (GLF) |
| Israa A SULTAN, | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of December 8, 2023 in the county of Clinton in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 911 | False Claim to United States Citizenship. |

This criminal complaint is based on these facts:

☒  Continued on the attached sheet.

*Complainant's signature*
Jason Brault, CBPOE
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: Dec. 12, 2023

*Judge's signature*

City and State:  Plattsburgh, New York        Hon. Gary L. Favro, U.S. Magistrate Judge
*Printed name and title*

*United States of America v.* **SULTAN**

This criminal complaint is based on the following facts:

On December 8. 2023, the Defendant Israa SULTAN was denied entry into Canada and returned to the United States at the Champlain, New York Port of Entry. During her inspection by a United States Customs and Border Protection Officer, the defendant presented a United States passport bearing the name Selma [redacted], date of birth May [redacted], 1978.[1] SULTAN falsely claimed she was a United States Citizen and the person whose United States passport she proffered at the border. The Defendant did not appear to be the true owner of the document presented. The Defendant's fingerprints were queried in Government databases which positively identified her as the defendant, Israa A. SULTAN, a citizen of Iraq.

The Defendant was questioned and admitted that her true identity Israa A Sultan a citizen of Iraq.

---

[1] All redacted information is available to the Court upon request.